JUDGE KOELTL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

ALEX WRIGHT, an individual,   )
                             )
          **Plaintiff,**   )   **17 CV 9737**
                             )
          **v.**   )   **Civil Action No.**
                             )
NEW MODA, LLC,   )   **JURY TRIAL DEMANDED**
                             )
          **Defendant.**   )

## COMPLAINT FOR TRADEMARK INFRINGEMENT,
## UNFAIR COMPETITION AND RELATED CLAIMS

Plaintiff, Alex Wright, alleges his complaint against Defendant, New Moda, LLC as follows:

## NATURE OF THE ACTION

1.     This action arises from Defendant's infringement of Plaintiff's "ownership" and exclusive "use" rights in the DEFEND BROOKLYN® and design mark, in conjunction with clothing and other related goods.  Despite Plaintiff being the registered owner of the trademark DEFEND BROOKLYN® and its distinctive and signature design logo and offering various clothing items under such brand name and design, the Defendant has infringed Plaintiff's rights in the aforementioned marks by selling, offering for sale, promoting and advertising clothing items under Plaintiff's trademarks.  Plaintiff has already experienced "actual confusion" in connection with this matter and is likely to continue to experience confusion as to the affiliation or connection between the Defendant and Plaintiff resulting in the unjust enrichment of Defendant by using Plaintiff's registered trademarks.

## JURISDICTION AND VENUE

2.     This Court has jurisdiction over this action pursuant to 15 U.S.C. §1051 *et seq.*, 15 U.S.C. Sections 1114-1116; under Section 43(a) of the Trademark Act, 15 U.S.C. §1125(a) and Section 43(c) of the Trademark Act, 15 U.S.C. §1125(c).

3.     This Court has personal jurisdiction over the Defendant because Defendant engages in business activities in, and directed to the State of New York within this judicial district and because Defendant has committed tortuous acts aimed at and causing harm within the State of New York and this judicial district.

4.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c) because it is where Plaintiff resides and the Defendant transact business in this district, and because a substantial portion of the events giving rise to the asserted claims have occurred, and continue to occur, within this district.  Furthermore, the damage to Plaintiff and its intellectual property described herein continues to occur in this judicial district.

## THE PARTIES

5.     Plaintiff, Alex Wright is an individual with an address at 193 Front Street, New York, NY 10038.

6.     Upon information and belief, Defendant New Moda, LLC is a California Limited Liability Company with a principal place of business at 1950 Naomi Avenue, Los Angeles, CA 90011.

## FACTS

7.     Plaintiff Alex Wright owns and operates a clothing business that has been selling headwear, t-shirts, sweaters, hooded sweatshirts, jackets and other clothing items under the DEFEND BROOKLN® brand name and stylized logo depicted in the image below:



8.     Plaintiff sells, and promotes the sale of his clothing via his website www.defendbrooklyn.com.

9.     Plaintiff also operates a flagship clothing boutique for his DEFEND BROOKLYN® brand at the South Street Seaport in New York City.

10.     The DEFEND BROOKLYN® brand and clothing business was founded in 1996.

11.     The DEFEND BROOKLYN® brand is famous and has appeared in movies and worn and endorsed by celebrities and musicians.

12.     Plaintiff is the current registered owner of United States Trademark Registration No. 3,004,096 for the mark DEFEND BROOKLYN®.  (See Exhibit A).

13.     Plaintiff is the current registered owner of United States Trademark Registration No. 4,617,558 for the mark DEFEND BROOKLYN®.  (See Exhibit B).

14.     Plaintiff is the current registered owner of United States Trademark Registration No. 4,755,821 for the mark DEFEND BROOKLYN®.  (See Exhibit C).

15.     Plaintiff is the owner and applicant of United States Trademark Serial Application No. 86/134,705 for the mark DEFEND PARIS that was filed with the United States Patent and Trademark Office in 2013.  (See Exhibit D).

16.     Plaintiff is informed and believes and thereon alleges that Defendant is marketing, promoting, selling and offering for sale various t-shirts, caps and other clothing items bearing the DEFEND PARIS™ mark.  Defendant is using an identical design lay out depicting the gun image and Plaintiff's slanted font layout depicted in the picture below as to infringe and palm off of the goodwill and reputation that Plaintiff has established in his DEFEND BROOKLYN® properties used in connection with his clothing business.

**Plaintiff's DEFEND BROOKLYN design**          **Defendant's DEFEND PARIS design**

          

17.     Defendants are promoting, advertising, selling and offering for sale clothing items via Defendants' website www.defend-paris.com.  **(See Exhibit E)**.

18.     Defendants are aware of Plaintiff's business and the long standing rights in the DEFEND BROOKLYN® brand and signature logo image that is used in connection with Plaintiff's clothing business.

19.     Defendants use of Plaintiff's DEFEND brand and identical logo in connection with clothing has already caused and will continue to cause confusion as to the source or affiliation of the source of the clothing related goods under the DEFEND BROOKLYN® and/or DEFEND PARIS™ marks.

## FIRST CAUSE OF ACTION
## TRADEMARK INFRINGEMENT (15 U.S.C. §§ 1114-1116)

20.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 19 of this Complaint.

21.     The use in commerce by Defendants of an identical and slightly identical version of Plaintiff's registered trademark is likely to cause confusion, mistake and deception among members of the public and in trade as to the source, origin, or sponsorship of defendants' goods and services.  Such use by defendant constitutes a clear and direct infringement of Plaintiff's rights in and to Plaintiff's registered trademark, and has resulted in injury and damage to Plaintiff that will continue if Defendants are not ordered to cease all use of the DEFEND PARIS mark.

## SECOND CAUSE OF ACTION
## UNFAIR COMPETITION & FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a)

22.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 21 of this Complaint.

23.     Plaintiff has the exclusive right to market, brand and provide clothing related goods using the DEFEND BROOKLYN® mark or any confusingly similar variation in connections with clothing and related goods.

24.     Defendants by reason of the aforementioned acts, have falsely described, represented and designated the origin of its goods and services.  Defendants' activities already have confused the public into believing that Defendants and Plaintiff's clothing goods and accessories come from one and the same source, and Defendants continued activities are likely to create further confusion and deceive the public concerning the source of the goods/services.

25.    Defendants have unfairly profited from the actions alleged herein and will continue to unfairly profit and become unjustly enriched unless and until such conduct is enjoined by this Court.

26.    By reason of Defendants willful acts conducted in conscious disregard for Plaintiff's rights, Plaintiff is entitled to treble damages under 15 U.S.C. § 1117(a).

### THIRD CAUSE OF ACTION
### COMMON LAW TRADEMARK INFRINGEMENT & UNFAIR COMPETITION

27.    Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 26 of this Complaint.

28.    Defendants conduct constitutes deception by which Defendants goods will be palmed off as those of Plaintiff.  Such conduct constitutes trademark infringement and unfair competition in violation of the laws of the State of New York.

29.    Defendants unauthorized use of Plaintiff's DEFEND BROOKLYN® mark is likely to continue to cause further confusion to the public as to the clothing goods and accessories of the respective parties.

30.    By reason of the foregoing, Defendants have infringed and continue to infringe on Plaintiff's common law rights in the DEFEND BROOKLYN® marks and Defendants have become unjustly enriched by such acts of infringement.

31.    Defendants unlawful conduct has been and will continue to be willful or willfully blind to Plaintiff's rights, as Defendant has reason to know of Plaintiff's rights.

### FOURTH CAUSE OF ACTION
### UNJUST ENRICHMENT

32.    Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 31 of this Complaint.

33.    Defendants have unjustly retained profits from the sale of clothing goods and accessories bearing Plaintiff's DEFEND BROOKLYN® design mark and image.

34.    Defendants actions constitute unjust enrichment.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for relief as follows:

1.    Entry of an order and judgment requiring that Defendant, its subsidiaries, officers, agents, servants, employees, owners, and representatives, and all other persons or entities in active concert or participation with them, be preliminarily and, thereafter, permanently enjoined and restrained from (a) using in any manner the trade name, trademark, domain name or other indicia or origin, including in whole or part the term DEFEND BROOKLYN, or any colorable imitation thereof; (b) advertising, operating a website, using business stationary or offering any goods or services using the trade name, trademark, domain name, URL, or any other indicia of origin including in whole or part the terms DEFEND BROOKLYN® or DEFEND PARIS™, or any colorable imitation thereof; (c) otherwise engaging in any acts of unfair competition and infringement which tend to injure Plaintiff's rights in the DEFEND BROOKLYN® mark.

2.    That Defendant be required to account to Plaintiff for any and all profits derived by it, and to compensate Plaintiff for all the damages sustained by reason of the acts complained of herein, and that the damages herein be trebled pursuant to the Trademark Act.

3.    That Defendant be ordered to deliver up for destruction any and all infringing materials bearing the DEFEND PARIS™ mark, and any colorable imitation thereof, in whole or part.

4.      That Plaintiff be awarded punitive and treble damages for Defendant's egregious and willful acts in disregard for Plaintiff's exclusive use rights in his federally registered trademarks in connection with clothing.

5.      The Defendant be liable for damages in the amount of $5,000,000.00.

6.      That Defendant be required to place advertisements or send notifications to past and present customers that it improperly has been using the DEFEND PARIS® mark.

7.      That Plaintiff be awarded the cost and disbursements of this action.

8.      That Plaintiff have such other and further relief as the Court deems just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all issues.

Dated: December 12, 2017           Respectfully submitted,
       New York, New York          Alex Wright – Pro Se

                                   Alex Wright
                                   Pro Se Plaintiff
                                   138 Front Street
                                   New York, New York 10038
                                   (917) 577-2494

**EXHIBIT A**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 3,004,096

Registered Oct. 4, 2005

### TRADEMARK
### PRINCIPAL REGISTER

# DEFEND BROOKLYN

REEVES, DAVID (UNITED STATES INDIVI-
DUAL)
1456 ECHO PARK AVENUE
LOS ANGELES, CA 90026

FOR: CLOTHING, NAMELY, TEE SHIRTS,
SHIRTS, SHORTS, PANTS, SWIM SUITS, SOCKS,
FOOTWEAR, HATS, CAPS, BLOUSES, SWEATERS,
UNDERWEAR, VESTS, TANK TOPS, SKIRTS,
SWEAT SHIRTS AND SWEAT PANTS , IN CLASS
25 (U.S. CLS. 22 AND 39).

FIRST USE 3-30-1996; IN COMMERCE 8-30-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BROOKLYN", APART FROM
THE MARK AS SHOWN.

SER. NO. 78-430,095, FILED 6-4-2004.

JEFFERY COWARD, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,617,558**

**Registered Oct. 7, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

3XN (NEW YORK LIMITED LIABILITY COMPANY)
345 SOUTHEND AVANUE
NEW YORK, NY 10280

FOR: CLOTHING, NAMELY, TOPS, BOTTOMS, TEE SHIRTS, SHIRTS, SHORTS, PANTS, SWIM SUITS, SOCKS, FOOTWEAR, HATS, CAPS, BLOUSES, SWEATERS, UNDERWEAR, VESTS, TANK TOPS, SKIRTS, SWEAT SHIRTS AND SWEAT PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-30-1996; IN COMMERCE 8-30-2001.

OWNER OF U.S. REG. NO. 3,004,096.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BROOKLYN", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE LITERAL ELEMENTS "DEFEND BROOKLYN" WRITTEN IN A STYLIZED FORM WHEREIN THE LETTER "DEFEND" IS AT THE TOP IN CURVED FORMAT, LETTER "BROOKLYN" IS AT THE BOTTOM AND BETWEEN THE LITERAL ELEMENT RIFLE IMAGE IS PLACED.

SER. NO. 86-221,288, FILED 3-14-2014.

DORITT L. CARROLL, EXAMINING ATTORNEY



*Michelle K. Lee*
**Deputy Director of the United States
Patent and Trademark Office**

**EXHIBIT B**

**EXHIBIT C**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,755,821**

**Registered June 16, 2015**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

DFBK, LLC (NEW YORK LIMITED LIABILITY COMPANY)
780 THIRD AVENUE, 7TH FL
NEW YORK, NY 10017

FOR: ANTI-SWEAT UNDERCLOTHING; ANTI-SWEAT UNDERWEAR; APPAREL FOR DANCERS, NAMELY, TEE SHIRTS, SWEATSHIRTS, PANTS, LEGGINGS, SHORTS AND JACKETS; BLOUSES; CAMOUFLAGE JACKETS; CAMOUFLAGE SHIRTS; CAPS; CAPS WITH VISORS; CARDIGANS; CREW NECK SWEATERS; CREW NECKS; DENIM JACKETS; DO RAGS FOR USE AS CAPS; EAR MUFFS; EAR WARMERS; EARBANDS; FIGHT SHORTS FOR MIXED MARTIAL ARTS OR GRAPPLING; FLEECE BOTTOMS; FLEECE PULLOVERS; FLEECE SHORTS; FLEECE TOPS; FLEECE VESTS; FLIP FLOPS; FOOTWEAR; GLOVES FOR APPAREL; GRAPHIC T-SHIRTS; GYM PANTS; GYM SHORTS; GYM SUITS; HATS; HEAD WEAR; HEADBANDS AGAINST SWEATING; HEADWEAR; HEAVY COATS; HEAVY JACKETS; HOODED PULLOVERS; HOODED SWEAT SHIRTS; HOODED SWEATSHIRTS; HOODED SWEATSHIRTS FOR MEN AND WOMEN; JACKETS; JERSEYS; JOGGING OUT-FITS; KNIT SHIRTS; KNIT TOPS; MEN'S AND WOMEN'S JACKETS, COATS, TROUSERS, VESTS; PANTS; POLO SHIRTS; SHIRTS; SHIRTS AND SHORT-SLEEVED SHIRTS; SHOES; SHORT-SLEEVED SHIRTS; SKIRTS; SKULL CAPS; SKULLIES; SLEEVELESS JERSEYS; SOCKS; SPORT SHIRTS; SPORTS CAPS AND HATS; SPORTS JERSEYS; SWEAT JACKETS; SWEAT PANTS; SWEAT SHIRTS; SWEAT SHORTS; SWEATERS; SWEATPANTS; SWEATSHIRTS; SWEATSUITS; SWIMSUITS; T-SHIRTS; T-SHIRTS FOR MEN AND WOMEN; TANK TOPS; TEE SHIRTS; TRACK JACKETS; TRACK PANTS; TRACK SUITS; UNDER-CLOTHING; UNDERGARMENTS; UNIFORMS; VESTS; WARM UP OUTFITS; WARM UP SUITS; WIND-JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-5-2013; IN COMMERCE 7-7-2014.

OWNER OF U.S. REG. NOS. 3,004,096 AND 4,617,558.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BROOKLYN", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDING "DEFEND BROOKLYN" INSIDE A SHIELD WITH A HORIZONTAL LINE SEPARATING "DEFEND" AND "BROOKLYN".

SER. NO. 86-437,307, FILED 10-28-2014.



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**EXHIBIT D**

Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Dec 12 05:21:45 EST 2017*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ]   OR   Jump   to record: [        ]   **Record 4 out of 7**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# DEFEND PARIS

| | |
|---|---|
| **Word Mark** | DEFEND PARIS |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing namely t-shirts, shirts, tops, sweaters, sweatshirts, hooded sweatshirts; coats, jerseys, jackets; bottoms, pants, trousers, jeans, shorts, sweatpants, pajamas; dresses; skirts; blouses; underwear; swimwear; headwear; footwear; belts, ties, gloves, socks |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86134705 |
| **Filing Date** | December 4, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) WRIGHT, ALEX INDIVIDUAL UNITED STATES 70-50 OLCOTT STREET FOREST HILLS NEW YORK 11375 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | John Buckman |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PARIS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |

**EXHIBIT E**

Home / CAPS & ACCESSORIES

Return to Previous Page

# CAPS & ACCESSORIES

SHOPPING OPTIONS

CATEGORY
CAP
WOOLEY HAT
BAGS
FACE MASK

GENDER
MEN

SIZE
TU

COLOR
ORANGE (2)
NOIR (13)
TAN (2)
CAMOUFLAGE TAN (1)
ROSE (1)

COMPARE PRODUCTS

You have no items to compare.



DEFEND PARIS Face Mask.
€30.00

PARIS CAP
€39.00

PARIS CAP WHITE
€39.00

TRUCKER CAP
€35.00

TRUCK PARIS
€40.00

BASIC CAP
€39.00

CO-CAP WHITE
€39.00

## CAPS & ACCESSORIES



TRUCK CO.
€40.00
☐







PAXIST CAP
€45.00

TRUCK DEFEND
€40.00
☐

RELIGION CAP
€35.00



ROTATION CAP TAN
€40.00
☐

CAPS & ACCESSORIES



ROTATION CAP CAMOU
€40.00

ROTATION CAP PINK
€40.00

ROTATION CAP
€40.00

BRODY CAP
€50.00

GOLDY CAP
€40.00

BASIC CAP ORANGE
€40.00

E&D CAP
€45.00

CAPS & ACCESSORIES



SNOW
€70.00
☐



FLEXY
€80.00
☐



BAG SKATE
€70.00
☐



REPEAT
€90.00
☐



DEFEND BAN
€30.00
☐

# CAPS & ACCESSORIES



PARIS BAN
€30.00
☐



PARIS BONNET
€25.00 hors du stock



PARIS BONNET KAKI
€25.00



PATCH BONNET
€25.00



CQ BONNET
€25.00



BINY
€30.00



BINY GOLD
€30.00

CAPS & ACCESSORIES



BINY PAIX
€30.00







BINY T&D
€35.00

BONY RELIGION
€30.00

BONY PAKIST
€30.00

© 2017 DEFEND PARIS - WEB & DESIGN BY NETCONCEPTEURS

KALASH'

Return to Previous Page

Home / KALASH

## SHOPPING OPTIONS

# KALASH'

**CATEGORY**
HOMME
FEMME

**GENDER**
MEN
WOMEN

**SIZE**
TU
XS
S
M
L
XL
XXL

**COLOR**
BLACK BLACK (8)
KAKI KAKI (5)
ORANGE (7)
BLANC (11)
NOIR (12)
GRIS (6)
TAN (1)
CAMOUFLAGE TAN (5)
CAMOUFLAGE NOIR (
CAMOUFLAGE BLANC

## COMPARE PRODUCTS

You have no items to compare.

T&D CAP
€45.00

PRIMO
€60.00

BINY T&D
€35.00

BONY RELIGION
€30.00

BONY PARIS1
€30.00

BINY PARK
€30.00

BINY GOLD
€30.00



BINY
€30.00



UNCONTROL
€45.00
☐ ☐ ☐ ☐



LAGO
€45.00
☐ ☐ ☐ ☐



PARIS ZIP CAMOU
€89.00
☐ ☐ ☐ ☐



ZENO
€50.00
☐ ☐

KALASH'



PARIS BASIC
€35.00
☐ ☐



PARIS DEB
€32.00
☐ ☐



PARIS TEE LONG
€49.00
☐ ☐



PARIS PANTS
€65.00
☐ ☐



SWEET PANTS x DEFEND P...
€85.00
Rupture de stock

KALASH'



PARIS BONNET
€25.00 



PARIS BONNET KAKI
€25.00



PARIS CAP
€39.00



PARIS CAP WHITE
€39.00



AURALI
€40.00
☐☐
›



PARIS TEE CAMOU
€45.00
☐☐☐☐☐

© 2017 DEFEND PARIS - WEB & DESIGN BY NETCONCEPTEURS
☑