UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX WRIGHT,

Plaintiff,

-v-

NEW MODA, LLC,

Defendant.

Case No. 17 CV 9737-JGK

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____Defendant New Moda, LLC_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 3/7/2018

/s/ Howard J Smith
**Signature of Attorney**

**Attorney Bar Code:** HS3556

Form Rule7_1.pdf   SDNY Web 10/2007