# EXHIBIT B

## Brownell, Mari-Ann B.

| | |
|---|---|
| **From:** | Smith, Howard J. |
| **Sent:** | Wednesday, December 19, 2018 11:01 AM |
| **To:** | 'Alex Wright' |
| **Cc:** | Larry Ecoff |
| **Subject:** | FW: Activity in Case 1:17-cv-09737-JGK-SN Wright v. New Moda, L.L.C. Received Returned Mail |
| **Attachments:** | 10.23.2018 Wright - ORDER   Doc. 26 (119078422_1).pdf |

Alex:

See the docket notification below that the Court's attempt to mail you a copy of the attached order failed and was returned.

We have previously advised you that the Court ordered a status report by Jan. 4 and for discovery to be completed by January 21. Last week, you indicated that you would have counsel and respond to our discovery requests by last Friday. Neither of those things have happened and we are heading into a holiday weekend so please advise if you have counsel and when we will get a response to our document requests.

Howard



This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to HJSmith@mdwcg.com , or by telephone at (212) 376-6494 and then delete the message and its attachments from your computer.

**From:** NYSD_ECF_Pool@nysd.uscourts.gov [mailto:NYSD_ECF_Pool@nysd.uscourts.gov]
**Sent:** Tuesday, December 18, 2018 5:28 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:17-cv-09737-JGK-SN Wright v. New Moda, L.L.C. Received Returned Mail


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first**

viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 12/18/2018 at 5:27 PM EST and filed on 12/18/2018
**Case Name:**          Wright v. New Moda, L.L.C.
**Case Number:**        1:17-cv-09737-JGK-SN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Received returned mail re: [26] Order. Mail was addressed to Alex Wright at 193 Front Street New York NY 10038 and was returned for the following reason(s): Not deliverable as addressed. Unable to forward. (ras)**


**1:17-cv-09737-JGK-SN Notice has been electronically mailed to:**

Lawrence Ecoff     ecoff@ecofflaw.com, aguero@ecofflaw.com, campain@ecofflaw.com, marquez@ecofflaw.com, yoon@ecofflaw.com

Howard J. Smith, III     HJSmith@mdwcg.com, mbbrownell@mdwcg.com

**1:17-cv-09737-JGK-SN Notice has been delivered by other means to:**

Alex Wright
193 Front Street
New York, NY 10038

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2018
```

ALEX WRIGHT,

                         Plaintiff,

       -against-

NEW MODA, LLC,

                         Defendant.

------------------------------------------------------------------X

17-CV-09737 (JGK)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

       As stated on the record at the discovery conference on October 22, 2018, the Court extends the discovery deadline until Monday, January 21, 2019. This deadline will not be further extended. The parties are directed to file a joint letter on Friday, January 4, 2019, updating the Court on the status of discovery. The letter should also include a proposed briefing schedule for any summary judgment motions. In addition, plaintiff is encouraged to locate counsel in the next 30 days. Both parties may engage in discovery during this time period. The parties may contact the Court should they believe further settlement discussions would be productive.

**SO ORDERED.**

                                                 _____
                                                 SARAH NETBURN
                                                 United States Magistrate Judge

DATED:      October 23, 2018
               New York, New York