

July 8, 2019

**VIA ECF**

Honorable Sarah Netburn
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

    Re:    **Wright v. New Moda, LLC, 17 Civ. 9737 (JGK)**
             **Letter Motion to Withdraw as Plaintiff's Counsel**

Dear Judge Netburn:

    I represent Plaintiff, Alex Wright, and respectfully request leave pursuant to Local Civil Rule 1.4 to withdraw as counsel. I make this request for satisfactory reasons for withdrawal.

    Plaintiff and his counsel have fundamental disagreements about how to litigate his action against Defendant. Plaintiff desires to split the prosecution duties which as the Court stated in its recent ruling (ECF 54) cannot be done.

    Plaintiff and his counsel further cannot agree on the legal fees and expenses needed to prosecute his claims. As Plaintiff's counsel cannot finance Plaintiff's litigation for him or litigate Plaintiff's matter on a contingency basis, he must withdraw as counsel. As it stands, Plaintiff's counsel representation of Plaintiff terminated on May 29, 2019.

    Plaintiff's counsel respectfully requests an order from the Court granting his request for leave to withdraw as counsel of record for Plaintiff.

                                        Respectfully Submitted,

                                        */s/ Daryl E. Davis*

                                        Daryl Davis (DD8473)
                                        *Counsel for Alex B. Wright*

cc: Alex B. Wright (Via US Mail and Email)

| Daryl Davis | 200 Randolph Avenue |
|---|---:|
| ddavis@leo-law.com | Huntsville, Alabama 35801 |
| | 256-539-6000 phone |
| | 256-539-6024 fax |
| | www.leo-law.com |