```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT
                                            ELECTRONICALLY FILED
                                            DOC#
ALEX WRIGHT,                                DATE FILED: 11-12-19

                    Plaintiff,              17cv9737 (JGK)

       - against -                          ORDER

NEW MODA, LLC,

                    Defendant.
```

**JOHN G. KOELTL, District Judge:**

A represented party that moves for summary judgment against a pro se party is required to comply with Local Civil Rule 56.2. The plaintiff was pro se on September 3, 2019 when the defendant moved for summary judgment. Therefore, the defendant must serve and file as a separate document, together with the papers in support of the motion, the Notice to Pro Se Litigant Who Opposes a Motion For Summary Judgment found at Local Civil Rule 56.2, the full text of Federal Rule of Civil Procedure 56, and the full text of Local Civil Rule 56.1. The defendant should serve the plaintiff at his mailing address as well as his known email addresses and file proof of service with the Court. The plaintiff will have **twenty-one days** from the date of service to respond to the defendant's motion for summary judgment.

If the plaintiff fails to respond, the Court will decide the motion on the papers already submitted. If the plaintiff responds, the defendant may reply **ten days** after the plaintiff's

response. The defendant should file proof of service promptly after serving papers on the plaintiff.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **November 9, 2019**

                                                _____
                                                   **John G. Koeltl**
                                          **United States District Judge**