USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
FILED: 11/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX WRIGHT,

          Plaintiff,        17cv9737 (JGK)

- against -         ORDER

NEW MODA, LLC.,

          Defendant.

JOHN G. KOELTL, District Judge:

The Clerk is directed to update the plaintiff's address to the following: Alex Wright, 70-50 Olcott Street, Forest Hills, NY, 11375.

SO ORDERED.

Dated:    New York, New York
         November 18, 2019

                                  John G. Koeltl
                               United States District Judge