**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ALEX WRIGHT,

                      Plaintiff,                    17 **CIVIL** 9737 (JGK)

        -against-                              **JUDGMENT**

NEW MODA, LLC,

                      Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated July 27, 2020, the court has

considered all of the issues; to the extent not specifically addressed above; any remaining issues

are either moot or without merit; the defendant's motion for summary judgment is granted;

judgment is entered in favor of the defendant and against the plaintiff; accordingly, the case is

closed.

**Dated:**  New York, New York
          July 28, 2020

                               **RUBY J. KRAJICK**
                            _____
                               **Clerk of Court**
              **BY:**
                               **Deputy Clerk**